**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 22-cr-173** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH ARNOLD,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Joseph Arnold, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

### Statement of Facts

In October 2020, defendant ARNOLD communicated with an undercover FBI agent assigned to the Dallas, Texas Division on the KIK messaging application. ARNOLD sent the undercover FBI agent images and videos depicting child pornography and communicated a sexual interest in children. ARNOLD informed the undercover FBI agent that he was residing in the Washington, D.C. area. The Dallas FBI agent provided ARNOLD with the KIK name of an undercover law enforcement agent (UC) located in Washington, D.C., and informed the defendant that that the UC was the father of an underage child.

On October 26, 2020, ARNOLD initiated a private KIK conversation with the UC. During the course of the conversation, ARNOLD stated that he had a 2-year-old son but wished he had a daughter. ARNOLD sent the UC an image of himself holding his clothed son on his shoulders. ARNOLD informed the UC that he "was always hoping to find someone close to [him] with the

1

same interests." The UC informed ARNOLD that he is separated with shared custody of his 8-year-old daughter. The UC further informed ARNOLD that he was sexually active with his daughter.

ARNOLD informed the UC that he has a sexual interest in females age 8 and up and stated that he had lots of videos. ARNOLD informed the UC that he would send him some if he would like. ARNOLD sent the following videos/images to the UC on October 26, 2020:

1. An image of a prepubescent child sitting on a bed naked. The child's legs are crossed and her bare vagina is visible.
2. A video of a prepubescent girl sitting on a floor naked. The child is masturbating her vagina with her fingers and a blue in color sex toy.
3. A video of a prepubescent female child. The child is sitting naked on a bathroom floor. The child is exposing and masturbating her bare vagina. The child exposes her bare anus.
4. A video depicting a prepubescent child wearing shorts and a pink shirt. The child is standing and appears to be typing on computer keyboard. The child pulls down her pants and exposes her bare vagina.

After sending the above listed videos, ARNOLD stated, "I got hundreds more." During the course of the chat, ARNOLD sent the UC an additional video. The video depicted an adult female digitally penetrating two prepubescent females' vaginas. The video also depicts a prepubescent girl sucking the penis of a prepubescent boy and a prepubescent female licking the vagina of a prepubescent female.

During the course of the chat, ARNOLD asked the UC what he has done with his daughter. The following is a portion of that chat:

UC: So she sucks my dick, jerks me off, I have pressed head in her pussy but not really deep and I eat and finger her.

ARNOLD: That's awesome. I want so badly to eat a little girl out ☺

UC: I think it would be fucking hot to see another guy eat her little pussy

ARNOLD: That sounds amazing ☺

UC: I am open to it if you are

ARNOLD: Oh yeah I would be

UC: I have her next week if that works (UC sends two images of his purported daughter)

ARNOLD: Yeah I'm up every tue wed and thurs ☺ So sexy

…

ARNOLD: I bet your girl is tasty ☺ Huge turn on."

Later in the chat, ARNOLD sent the following additional child pornography videos and images:

1. A video of a prepubescent child having vaginal intercourse with a prepubescent male. The child is being directed on what to do by an unknown female that is heard in the background.

3

2. A video depicting an adult female masturbating an adult penis in the mouth of what appears to be a young teen girl.

3. A video of a toddler girl sucking the penis of an adult male

4. An image of a prepubescent child with her legs spread exposing her bare vagina and anus.

5. A video of a prepubescent child sucking an adult male penis. The child is gagging and vomits while sucking the penis.

6. A video of two prepubescent females being vaginally penetrated by an adult male penis.

On Tuesday October 27, 2020, ARNOLD agreed to meet the UC and his purported daughter in Washington, D.C. on Thursday November 5, 2020.

On Tuesday November 3, 2020, ARNOLD continued to discuss the planned November 5, 2020, meeting with the UC. The following is a portion of that communication:

ARNOLD: Wonder if I should change my hotel one night to the DC area instead of Crystal City.

UC: It's up to you, 15 min not to bad at all as far as a drive. Damn I'm getting excited for this. Besides licking her pussy anything else you have in mind with her.

ARNOLD: I'm open to anything really lol. Based on yours and her comforts.

UC: Sweet I'm open to you doing other stuff with her my only limits is deep penetration but everything else I'm open to. Sweet

ARNOLD: Totally fine with that ☺ Huge turn on thinking of her ☺

UC: Sweet, I know can't wait ☺

ARNOLD: Me either. Is it wrong that I'm this excited that a fantasy will be a reality?

UC: I'm excited to, really want to see her with another perv. Very turned on by that.

ARNOLD: We are pretty pervy huh

UC: Yes!!

ARNOLD: Can't wait to taste her ☺

UC: Can't wait to see your mouth on her lil pussy

ARNOLD: That's hot Inwamt to feel hew squirm. Feel her. Fat fingers on phone lol

UC: Mmmm yes she is really tight too, Ill lotionslube etc

ARNOLD: I'd love to see more of her wed night too ☺

On November 5, 2020, ARNOLD traveled to Washington, D.C. to meet with the UC. Upon his arrival at the designated location, law enforcement arrested ARNOLD.

Respectfully,

MATHEW GRAVES
UNITED STATES ATTORNEY

/s/ Caroline Burrell
Caroline Burrell
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGEMENT

I, Joseph Arnold, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by.my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: 5/4/22

Joseph Arnold
Defendant

ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/4/2022

Ubong E. Akpan

Ubong Akpan, Esq.
Attorney for Defendant